

140 Grand Street, Suite 705, White Plains, New York 10601 | White Plains, NY
t 914.686.1500 · f 914.487.5000 · www.yankwitt.com | Atlantic City, NJ

March 12, 2025

**By ECF**
Hon. Kenneth M. Karas
U.S. District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    *O'Reilly v. Rozon* (No. 7:24-cv-04986-KMK-JCM)

Dear Judge Karas:

    We represent defendant Gilbert Rozon in the above-captioned case and write jointly with the plaintiff Bernadette O'Reilly to seek a stay of discovery. Rozon seeks this stay because he is currently on trial in Canada.

    Plaintiff alleges she was sexually assaulted by Rozon. Rozon denies Plaintiff's allegations. At the time this case was filed, Rozon was being sued in Canada (the "Canadian Action") by women who also allege sexual assault by Rozon (Rozon similarly denies these allegations). Accordingly, in the parties' proposed Initial Case Management Plan and Scheduling Order, the parties advised the Court: "Note, the Defendant, Gilbert Rozon, will be on trial in Canada beginning in December 2024 and ending in late-March 2025. As such, we respectfully request a longer period to complete fact discovery." (Dkt. No. 15.) The Court proceeded to set a fact discovery end-date of June 30, 2025. (Dkt. No. 16 ¶ 5.) The Canadian Action is now expected to conclude in June 2025.

    Rozon respectfully requests a stay of discovery so that he may focus his resources and energies on the trial in the Canadian Action. The parties respectfully submit that while Plaintiff is not a party in the Canadian Action, the testimony in the Canadian Action might be relevant to this matter.[1] Furthermore, the outcome of the Canadian Action will likely have an effect on the resolution of the instant matter. If the Court is amenable to a stay, the parties respectfully propose that they advise the Court on or before June 30, 2025, whether the Canadian Action has concluded and the stay can be lifted. We thank the Court for its time and attention.

Granted. The Parties are to provide a status report by no later than 6/30/25.

So Ordered. /s/   3/12/25

HILLIARD LAW

Respectfully,

YANKWITT LLP

By: /s/ Matthew L. McMullen
    Matthew L. McMullen

By: /s/ Michael H. Reed
    Michael H. Reed

---

[1] The parties reserve their rights regarding the relevance and admissibility in this matter of any testimony or evidence admitted in the Canadian Action.