

140 Grand Street, Suite 705, White Plains, New York 10601
t 914.686.1500 · f 914.487.5000 · www.yankwitt.com

White Plains, NY
Atlantic City, NJ

June 24, 2025

**By ECF**
Hon. Kenneth M. Karas
U.S. District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    *O'Reilly v. Rozon* (No. 7:24-cv-04986-KMK-JCM)

Dear Judge Karas:

    We represent defendant Gilbert Rozon ("Rozon") in the above-captioned case and write jointly with plaintiff Bernadette O'Reilly to request that the Court extend the stay of discovery in this action from June 30, 2025 to September 30, 2025.

    Plaintiff alleges that Rozon sexually assaulted her in 1985. Rozon is currently on trial in Canada (the "Canadian Action") for the alleged sexual assault of other women. Rozon denies all claims in this action and the Canadian Action. Evidence presented in the Canadian Action will likely constitute evidence in this case. Moreover, the resolution of the Canadian Action will likely affect a potential resolution of this case. Accordingly, on March 12, 2025, the parties jointly requested a stay of discovery through June 30, 2025, the anticipated end-date of the trial in the Canadian Action. The Court granted that request. It is now anticipated that Rozon's Canadian trial will continue through September 30, 2025. In light of that, the parties respectfully request that the Court continue the discovery stay until September 30, 2025.

    We thank the Court for its time and attention.

Respectfully,

HILLIARD LAW

By: /s/ Matthew L. McMullen
Matthew L. McMullen

Respectfully,

YANKWITT LLP

By: *[signature]*
Michael H. Reed

Granted.

So Ordered.
*[signature]*
6/24/25