UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Bernadette O'Reilly,

               Plaintiff(s),           24-CV-04986 (KMK)

     -v-

                                  CALENDAR NOTICE

Gilbert Rozon,

               Defendant(s).
--------------------------------------------------------X

       Please take notice that the above captioned action has been scheduled for a status

conference before the Honorable Kenneth M. Karas, United States District Judge,

on Thursday, March 19, 2026 at 11:30 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160   Access Code: 4653066

Dated: February 18, 2026
       White Plains, New York

                               So Ordered

                               Kenneth M. Karas, U.S.D.J.